### John Coyle v. Erin Coyle

The plaintiff's motion for a stay of enforcement of the defendant's temporary injunction issued ex parte on May 2, 1978, in the appeals from the Superior Court in Fairfield County at Stamford is denied by the court.

*Wesley W. Horton,* in support of the motion.

The defendant's motion to expedite the hearing on her "Motion for Exclusive Possession" is dismissed by the court as moot.

*David M. Wise,* in support of the motion.

The defendant's motion for an order continuing the exclusive possession of her home pending the appeals from the Superior Court in Fairfield County at Stamford is dismissed by the court.

The defendant's "Motion to Expedite and to Dispense with Finding" is granted by the court in so far as it seeks an expedited disposition of the plaintiff's motion to review, dated June 5, 1978, and is denied by the court in so far as it seeks to dispense with a finding.

*David M. Wise,* in support of the motions.
*Wesley W. Horton,* in opposition.

Submitted July 14—decided July 25, 1978

### Prospect Gardens Convalescent Center and Nursing Home, Inc. v. District 1199 National Union of Hospital and Health Care Employees, RWDSU, AFL-CIO

The plaintiff's motion for stay of all proceedings in the appeal from the Superior Court in Fairfield County pending further order of the United States Bankruptcy Court is granted by the court.

*Frederick P. Leaf,* in support of the motion.